| | |
|---|---|
| 1 | IAN M. SAMMIS |
| 2 | Attorney at Law<br>Cal. State Bar #45883 |
| 3 | 1108 Tamalpais Avenue #1<br>San Rafael, CA 94901 |
| 4 | Tel.: 415-457-4200 |
| 5 | Attorney and Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IAN C. TANNER,<br><br>    Plaintiff,<br><br>vs.<br><br>Jo Anne B. Barnhart,<br>Commissioner of Social Security,<br><br>    Defendant. | ) CIVIL No.: C 04-00289 JSW<br>)<br>) STIPULATION AND ORDER EXTENDING<br>) TIME TO FILE PLAINTIFF'S OPPOSITION<br>) TO DEFENDANT'S CROSS-MOTION FOR<br>) SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff Taverniti may have an extension of 15 days in which to file his reply in opposition to Defendant's Cross-Motion for Summary Judgment. Plaintiff's response is due on April 6, 2006, pursuant to Civil L.R. 16-5.

/

/

/

/

/

TANNER, EXT.REPLYtoXMSJ
C 04-00289 JSW

Dated: March 23, 2006

Signed /Ian M. Sammis/

_____
IAN M. SAMMIS
Attorney for Plaintiff

Dated: March 24, 2006

Signed /Sara Winslow

_____
SARA WINSLOW
ASSISTANT U.S. Attorney
  And Attorney for the Commissioner

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 27, 2006

_____
JEFFREY S. WHITE
United States District Judge

TANNER, EXT.REPLYtoXMSJ
C 04-00289  JSW